WILLIAM A. LEVIN, ESQ. (SBN 98592)
SEAN P. WORSEY, ESQ. (SBN 215807)
**LEVIN SIMES LLP**
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 426-3000
Facsimile:    (415) 426-3001
wlevin@levinsimes.com
sworsey@levinsimes.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANENE KUHNAU, individually and on Behalf of the Estate of QUENTIN KUHNAU, Decedent; DONALD KUHNAU; DIANA WILLIAMS; and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>Defendants. | Case No. 3:13-CV-01669-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CONSOLIDATED SUPPLY CO.** |

Plaintiffs Jeanene Kuhnau, individually and on Behalf of the Estate of Quentin Kuhnau, Decedent; Donald Kuhnau and Diana Williams and Defendant Consolidated Supply Co. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  May 7, 2013               **LEVIN SIMES LLP**


                                  *s/ Sean Worsey*
                                  Sean P. Worsey
                                  Attorneys for Plaintiffs

///

///

1  Dated: May 7, 2013                                              **ARCHER NORRIS**

               *s/ Ioana Mondescu*
               Ioana Mondescu
               Attorneys for Defendant Consolidated
               Supply Co.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.   Defendant Consolidated's motion to dismiss is hereby vacated.

Dated: May  8 , 2013

The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I, Timothy F. Pearce, declare that I am a citizen of the United States and am employed in San Francisco County, State of California. I am over the age of 18 and not a party to the within action. My business address is 353 Sacramento Street, 20th Floor, San Francisco, California 94111. On May 7, 2013, I served the following document entitled:

**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CONSOLIDATED SUPPLY CO.**

on interested parties in this action by:

(X)   ELECTRONICALLY VIA ECF: the above-entitled document to be served electronically through the United States District Court, Northern District of California ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

(X)   I declare that I am employed in the office of this Bar of this Court at whose direction the service was made.

Executed May 7, 2013, at San Francisco, California.

*s/ Sean P. Worsey*
Sean P. Worsey