UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEANENE KUHNAU, *et al.*,

        Plaintiffs,

    v.

ALLIED PACKING & SUPPLY, INC., *et al.*,

        Defendants.

_____/

No. C-13-1669 EMC

**ORDER TO SHOW CAUSE**

    Plaintiffs have moved the Court to remand the current case back to state court, which was removed to federal court by Defendant Crane Co. pursuant to 28 U.S.C. section 1442(a)(1). *See* Docket No. 27.

    Plaintiffs contend they have tried unsuccessfully to obtain a stipulation from Defendant Crane Co. to remand the current action. The terms of such stipulation are similar to a unilateral waiver of certain claims upon which this Court based its decision to remand in *Pratt v. Asbestos Corp.*, Ltd., 11-cv-3503 EMC, 2011 WL 4433724 (Docket No. 9).

    Accordingly, the Court hereby orders as follows. **The parties are hereby ordered to show cause why the case should not be remanded back to state court upon stipulation or Plaintiff's filing of an appropriate waver (as in *Pratt*).** Both parties shall have until 5:00 p.m., June 12, 2013, to jointly file and serve a response to this order to show cause. There shall be no reply brief.

///

///

///

Plaintiff's filing shall include any stipulation or waiver it intends to file. Absent further order of the Court, the Court will take the matter under submission without hearing.

   IT IS SO ORDERED.

Dated: June 7, 2013

_____
EDWARD M. CHEN
United States District Judge